B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re __Anthony Garcia__ ,  Case No. __12-67668__
    Debtor

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** __Nationwide Advantage Mortgage Co.__

**Court claim no.** (if known): __7__

**Last four digits** of any number you use to identify the debtor's account: __0__ __4__ __2__ __8__

**Date of payment change:** __03/01/2014__
Must be at least 21 days after date of this notice
mm/dd/yyyy

**New total payment:** $ __374.00__
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
- ☐ No
- ☑ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: __Escrow Analysis__

Current escrow payment: $ __239.23__    New escrow payment: $ __148.23__

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
- ☑ No
- ☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%    New interest rate: _____%
Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
- ☑ No
- ☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____
Current mortgage payment: $ _____    New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Samantha Jones
Signature

Date 02/06/2014
mm/dd/yyyy

**Print:** Samantha    M.    Jones
First Name    Middle Name    Last Name

Title  Bankruptcy rep

Company  Nationwide Advantage Mortgage Co.

Address  PO BOX 919000
Number    Street

Des Moines    IA    50391
City    State    ZIP Code

Contact phone  (515) 508-7931

Email  Joness61@nationwide.com

```
Nationwide Advantage Mortgage
1100 Locust St
Des Moines          IA 50391-2009


800-356-3442



ANTHONY J GARCIA                          YOUR LOAN NUMBER:
235 HIGH ST
PONTIAC          MI 48058

                                          DATE: 01/13/14


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE   BEGINNING    03/14 THROUGH    02/15.
------- ANTICIPATED PAYMENTS FROM ESCROW -    03/14 THROUGH    02/15 -------
           HOMEOWNERS INS               1366.00
           CITY/TOWN/VILLA               124.39
           CITY/TOWN/VILLA               296.00

        TOTAL PAYMENTS FROM ESCROW      1786.39

        MONTHLY PAYMENT TO ESCROW        148.86 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -     03/14 THROUGH    02/15--------
         -ANTICIPATED PAYMENTS-                  -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION       ANTICIPATED        REQUIRED
                    ACTUAL  STARTING BALANCE           2247.46          1066.56
MAR 14   148.86                                        2396.32          1215.42
APR 14   148.86                                        2545.18          1364.28
MAY 14   148.86                                        2694.04          1513.14
JUN 14   148.86     1366.00   HOMEOWNERS INS           1476.90           296.00
JUL 14   148.86      296.00   CITY/TOWN/VI ALP         1329.76   RLP     148.86
AUG 14   148.86                                        1478.62           297.72
SEP 14   148.86                                        1627.48           446.58
OCT 14   148.86                                        1776.34           595.44
NOV 14   148.86                                        1925.20           744.30
DEC 14   148.86      124.39   CITY/TOWN/VILLA          1949.67           768.77
JAN 15   148.86                                        2098.53           917.63
FEB 15   148.86                                        2247.39          1066.49

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS        0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
```

BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        1180.90.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                              225.77
          ESCROW (1/12TH OF ANNUAL ANTICIPATED              148.86
             DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
          PLUS: SHORTAGE PAYMENT                              0.00
          MINUS: SURPLUS CREDIT                               0.00
          ROUNDING ADJUSTMENT                                -0.63
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 03/01/14    374.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     297.72.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      148.86.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
03/12        219.23       04/12       219.23      05/12         4983.06   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                                   00/00       0.00
00/00      0.00                                   00/00       0.00

```
Nationwide Advantage Mortgage
1100 Locust St
Des Moines        IA 50391-2009


800-356-3442




ANTHONY J GARCIA              YOUR LOAN NUMBER: ███████
235 HIGH ST
PONTIAC           MI 48058
                              DATE: 01/13/14


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JUL, 2013 AND ENDING JUN,2014.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

           --- YOUR PAYMENT BREAKDOWN AS OF JUL, 2013 IS ---

           PRINCIPAL & INTEREST           225.77
           ESCROW DEPOSIT                 233.04
           OPTIONAL INSURANCE               0.00
           REPLACE RESV/FHA SVC CHG         0.00
           SHORTAGE                         6.90
           DEFICIENCY                       0.00
           SURPLUS                          0.00
           ROUNDING                        -0.71
           LESS BUYDOWN/ASST PAYMENT        0.00
           BORROWER PAYMENT               465.00
```

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| JUL 13 | 233.04 | 134.23 | 836.87 | 296.00 | CITY/T | | |
| JUL 13 | | 134.23* | | | * | 233.04 T | -5940.73 A |
| AUG 13 | 233.04 | 134.23 | | | | | |
| AUG 13 | | 134.23* | | | | 466.08 | -5672.27 |
| SEP 13 | 233.04 | 134.23 | | | | | |
| SEP 13 | | 134.23 | | | | | |
| SEP 13 | | 134.23 | | | | | |
| SEP 13 | | 134.23 | | | | | |
| SEP 13 | | 134.23 | | | | | |
| SEP 13 | | 134.23 | | | | | |
| SEP 13 | | 134.23 | | | | | |
| SEP 13 | | 986.79* | | | | 699.12 | -3745.87 |
| OCT 13 | 233.04 | 134.23 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OCT 13 | | 134.23* | | | | 932.16 | -3500.02 |
| NOV 13 | 233.04 | 134.23 | | | | | |
| NOV 13 | | 115.22* | | | | 1165.20 | -3250.57 |
| DEC 13 | 233.04 | 134.23 | 593.61 | 124.39 | CITY/T | 804.63 | -3174.06 |
| DEC 13 | | 66.67* | | | * | | |
| JAN 14 | 233.04 | ** | | | | 1037.67 | -3174.06 |
| FEB 14 | 233.04 | ** | | | | 1270.71 | -3174.06 |
| MAR 14 | 233.04 | ** | | | | 1503.75 | -3174.06 |
| APR 14 | 233.04 | ** | | | | 1736.79 | -3174.06 |
| MAY 14 | 233.04 | ** | | | | 1969.83 | -3174.06 |
| JUN 14 | 233.04 | ** | 1366.00 | | ** | 836.87 | -3174.06 |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS          233.04. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS     -5940.73.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.
YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/11          134.23      02/11          134.23      03/11          134.23
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
06/13     1366.00 HOMEOWNERS INS           00/00          0.00
00/00        0.00                          00/00          0.00
00/00        0.00                          00/00          0.00

IN THE UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

IN RE: Anthony Garcia

Case No. 12-67668

(Chapter 13)

Debtor(s)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

**Debtor(s):**

Anthony Garcia

235 High STreet

Pontiac, MI 48342

**Attorney for Debtors:**  *(served via ECF notification)*

Jesse R. Sweeney

30555 Southfield

Suite 400

Southfield, MI 48076

**Chapter 13 Trustee:**  *(served via ECF notification)*

David Wm Ruskin

26555 Evergreen Rd Ste 1100

Southfield, MI 48076-4251


Nationwide Advantage Mortgage Co.

Executed on: 02/06/2014         BY: /s/ Samantha Jones

Name: /s/ Samantha Jones, Bankruptcy Rep

Creditor: Nationwide Advantage Mortgage Co.

Address: PO BOX 919000, Des Moines, IA 50391

Phone Number: (515) 508-7931